UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION AT ASHLAND
Case No. _____

Glen Adkins, as the Administrator of the           PLAINTIFF
Estate, and on behalf of the Wrongful Death
Beneficiaries of Susan Adkins, deceased

v.

Advocat Inc., Diversicare Healthcare Services, Inc.
Diversicare Leasing Corp., Diversicare Management
Services Co., Nate Carder, in his capacity as Administrator
of Wurtland Nursing & Rehabilitation Center,
and John Does 1 through 5, Unknown Defendants           DEFENDANTS

## NOTICE OF REMOVAL

Defendants, Diversicare Healthcare Services, Inc. f/k/a Advocat Inc., Diversicare Leasing Corp. d/b/a Wurtland Nursing & Rehabilitation Center, and Diversicare Management Services Co., hereby remove to the United States District Court for the Eastern District of Kentucky, Ashland Division, the action captioned *Glen Adkins, as the Administrator of the Estate, and on behalf of the Wrongful Death Beneficiaries of Susan Adkins v. Advocat Inc., et al*., Case No. 14-CI-00424, which is currently pending in Greenup Circuit Court, in the Commonwealth of Kentucky.  As grounds for its removal of the Action, Defendants state as follows:

1.On September 10, 2014, Glen Adkins, as Administrator of the Estate of Susan Adkins ("Plaintiff"), filed a Complaint in Greenup Circuit Court, Case No. 14-CI-00424.

2.Defendant, Diversicare Healthcare Services, Inc. f/k/a Advocat Inc. ("DHS"), was deemed served with a summons and a copy of the Complaint on September 18, 2014, upon the Kentucky Secretary of State's return to the Greenup Circuit Court.

3. Defendant, Diversicare Leasing Corp. d/b/a Wurtland Nursing & Rehabilitation Center was served with a summons and a copy of the Complaint on September 17, 2014, through its agent for services of process, National Registered Agents, Inc.

4. Defendant, Diversicare Management Services Co. ("DMS"), was served with a summons and a copy of the Complaint on September 16, 2014, through its agent for services of process, National Registered Agents, Inc.

5. Upon information and belief, Defendant, Nathan Carder[1], in his capacity as Administrator of Wurtland Nursing & Rehabilitation Center, has not been served with a summons and a copy of the Complaint. Upon information and belief, Nathan Carder is a citizen of the state of Ohio.

6. Upon information and belief, Susan Adkins, deceased, was a citizen of Kentucky at the time of her death. Therefore, for purposes of diversity jurisdiction, Glen Adkins, Administrator of the Estate of Susan Adkins, is deemed to be a citizen of Kentucky.

7. Defendant, DHS, at all times relevant hereto, including and at the time of filing this Notice of Removal and at the commencement of Civil Action No. 14-CI-00424, was and is a foreign corporation organized under the laws of the state of Delaware. DHS's principal place of business is in Brentwood, Tennessee.

8. Defendant, DMS, at all times relevant hereto, including and at the time of filing this Notice of Removal and at the commencement of Civil Action No. 14-CI-00424, was and is a foreign corporation organized under the laws of the state of Tennessee. DMS's principal place of business is in Brentwood, Tennessee.

9. Defendant, Diversicare Leasing Corp. d/b/a Wurtland Nursing & Rehabilitation Center, at all times relevant hereto, including and at the time of filing this Notice of Removal and

---

[1] Identified in the Complaint as Nate Carder.

at the commencement of Civil Action No. 14-CI-00424, was and is a foreign corporation organized under the laws of the state of Tennessee. Diversicare Leasing Corp.'s principal place of business is in Brentwood, Tennessee.

10. Due to the allegations raised in the Complaint attached hereto, Defendants believe that Plaintiff seeks in excess of $75,000.00 in damages, exclusive of interests and costs.

11. This action is one over which this Court has original jurisdiction pursuant to the provisions of 28 U.S.C. § 1332(a)(1) and is one that may be removed to this Court pursuant to 28 U.S.C. § 1441(a). This is an action between citizens of different states.

12. This Notice of Removal is filed within thirty (30) days after Defendants received a copy of Plaintiff's Complaint, as required by 28 U.S.C. § 1446(b).

13. A copy of this Notice of Removal will be filed with the Clerk for the Greenup Circuit Court in the Commonwealth of Kentucky and served upon other counsel of record.

Respectfully submitted,

**GWIN STEINMETZ & BAIRD, PLLC**

/s/ Michael F. Sutton_____
Michael F. Sutton
msutton@gsblegal.com
Sarah E. Tilley
stilley@gsblegal.com
401 West Main Street, Suite 1000
One Riverfront Plaza
Louisville, Kentucky 40202
Telephone: (502) 618-5700
Facsimile: (502) 618-5701
*Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on October 16, 2014, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following: Michael F. Sutton and Sarah E. Tilley. I additionally certify that a true and accurate copy of the foregoing was served via U.S. mail, first class, postage prepaid, on October 16, 2014 upon:

James B. McHugh
Michael J. Fuller, Jr.
D. Bryant Chafin
McHugh Fuller Law Group
97 Elias Whiddon Road
Hattiesburg, MS 39402
*Counsel for Plaintiff*

                /s/ Michael F. Sutton_____
                Michael F. Sutton
                msutton@gsblegal.com
                Sarah E. Tilley
                stilley@gsblegal.com
                401 West Main Street, Suite 1000
                One Riverfront Plaza
                Louisville, Kentucky 40202
                Telephone: (502) 618-5700
                Facsimile: (502) 618-5701
                *Counsel for Defendants*